UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASMINE CLARK and SIMONE LEGREE, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>INTELENET AMERICA LLC (now known as Teleperformance Business Services US, LLC),<br><br>Defendant. | Case No. 2:18-cv-14052-MCA-JSA |
| ANJELICA PICKETT, MINDY CHURCH, AND TAYLOR FETT, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>INTELENET AMERICA LLC (now known as Teleperformance Business Services US, LLC),<br><br>Defendant. | Case No. 21-cv-12506-MCA-JSA |

## ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs Jasmine Clark, Simone Legree, Anjelica Pickett, Mindy Church,

and Taylor Fett's ("Plaintiffs") Motion for Preliminary Approval of Class Action Settlement, Approval of Class Notice, and Setting Final Approval Hearing ("Preliminary Approval Motion")  The Court, having considered the Preliminary Approval Motion, supporting papers, and the parties' evidence and argument, and good cause appearing, hereby grants preliminary approval of the Settlement. Capitalized terms in this Preliminary Approval Order shall have the definitions set forth in the Stipulation of Settlement.

IT IS HEREBY ORDERED:

1.	This action is hereby consolidated with the action *Anjelica Pickett, Mindy Church, and Taylor Fett v. Intelenet America, LLC*, Case No. 21-12506. (D.N.J.) (formerly Case No. 2:19-cv-04574-PBT (E.D. Pa.)).

2.	The Court grants preliminary approval of the Settlement based upon the terms set forth in the Stipulation of Settlement.

3.	The Court hereby preliminarily finds and determines that the Settlement set forth in the Stipulation of Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the Final Approval Hearing. Based on its review of the Stipulation of Settlement, this Court finds that the Settlement (a) is the result of extensive, arm's-length negotiations between the parties, (b) following an

extensive investigation of the claims and law, (c) by experienced counsel on both sides, (d) who were completely familiar with the strengths and weaknesses of the claims.

4. The Court hereby preliminarily certifies the Settlement Classes under Fed. R. Civ. P. 23, as defined in the Stipulation of Settlement, pursuant to the terms and conditions of the Stipulation of Settlement and solely for the purposes of settlement. The Settlement Classes shall be certified for no purpose other than to effectuate the terms and conditions of the Stipulation of Settlement.

5. This Court has jurisdiction over the parties and claims and preliminarily finds that the numerosity, commonality, typicality, and adequacy requirements of Fed. R. Civ. P. 23(a), and the predominance and superiority requirements of Fed. R. Civ. P. 23(b)(3), have been met and that class certification for purposes of approving the Settlement is warranted.

6. The Court preliminarily confirms Jason T. Brown and Nicholas Conlon of Brown, LLC, and Jason J. Thompson and Rod M. Johnston of Sommers Schwartz, P.C. as Class Counsel.

7. The Court preliminarily confirms Jasmine Clark, Simone Legree, Anjelica Pickett, Mindy Church, and Taylor Fett as Class Representatives.

8. The Court confirms Simpluris, Inc. as the Claims Administrator.

9. The Court approves, as to form and content, the Class Notice attached

as Exhibit A to the Stipulation of Settlement.

10. The Court directs the mailing of the Class Notice to the Settlement Class in accordance with the terms and conditions set forth in the Stipulation of Settlement. The Court finds that the deadlines and method selected for the mailing and distribution of the Class Notice, as set forth in the Stipulation of Settlement, meet the requirements of due process and provide the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled thereto.

11. A Final Approval Hearing will be held on September 8, 2021 at 2:00 p.m. another date convenient to the Court, to determine whether the proposed Settlement should be finally approved as fair, reasonable, and adequate as to the Settlement Class. As set forth in the Class Notice, members of the Settlement Class may support or oppose the Settlement or Class Counsel's request for Attorneys' Fees and Lawsuit Costs at the Final Approval Hearing.

12. The Court may continue the date of the Final Approval Hearing without further notice to members of the Settlement Class.

Dated:  6/21/21

_____
Honorable Madeline Cox Arleo
United States District Judge